UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES and MARIA FRAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **2:18-cv-05561-AB-FFM**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs FRANCISCO FLORES AND MARIA FRAUSTO ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

-2-

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $4,086.39 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $4,086.39 to Plaintiffs within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**The parties are ORDERED to file a Stipulation of Dismissal within 10 days of the issuance of this Order.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2022

JUDGE OF THE UNITED STATES
DISTRICT COURT